# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

**FILED**
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

September 23, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:   07-60525          William Ehrenreich

To Whom It May Concern:

Enclosed please find check #922957 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:   William Ehrenreich
                 147 Frederick Road
                 Fort Plain, NY 13339

*Receipt # 61100436*

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

*[Stamp: 2011 SEP 26 AM 10: 44 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA / RECEIVED]*